UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

AMARILIS COLLADO,                       :
as Administratrix of the Estate
of Her Husband, JOHN COLLADO, SR.,      :

              Plaintiff,       :

       - against -                     :     11 Civ. 9041 (DC)

New York City Police Department         :
Detective JAMES CONNOLLY,                     **VERDICT SHEET**
                                        :
              Defendant.
                                        :
- - - - - - - - - - - - - - - - - -x

## Liability

1. Do you find by a preponderance of the evidence that Defendant used excessive force against John Collado?

    YES __X__     NO _____

If you answered YES to Question 1, proceed to Questions 2, 3, 4, 5, and 6.

If you answered NO to Question 1, please STOP. Please sign and date the verdict form and tell the Marshal that the jury has reached a verdict.

## Compensatory Damages

2. What amount of compensatory damages do you award Plaintiff for John Collado's pain and suffering?

    $ __300,000__

3. What amount of compensatory damages do you award Plaintiff for John Collado's loss of enjoyment of his life?

    $ __2,500,000__

4. What amount of compensatory damages do you award Plaintiff for monetary losses sustained by her and John Collado's children?

   $ 1,500,000

5. What amount of compensatory damages do you award Plaintiff for John Collado's funeral and burial expenses?

   $ 25,000

**Punitive Damages**

6. What amount of punitive damages do you award Plaintiff? (If you find that John Collado was subjected to excessive force, but do not find punitive damages appropriate, you may enter $0.)

   $ 10,000,000

Please sign and date the verdict form and tell the Marshal that the jury has reached a verdict.

_____
Signature of Foreperson

Date: 11/1/18