# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

DIANE L. HOUK
ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN
HARVEY PRAGER
SCOUT KATOVICH

October 24, 2019

*Via ECF*

Hon. Denny Chin
United States Circuit Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: *Collado v. City of New York*, No. 11 Civ. 9041 (DC)

Dear Judge Chin:

  On behalf of Plaintiff Amarilis Collado, we write to respectfully request that the Court issue an Order of Compromise approving the settlement of this action and the disbursement of attorneys' fees and costs. In support of this request, we have filed the Declaration of Samuel Shapiro, the Declaration of Amarilis Collado, and the Declaration of Patrick J. Brackley. A Proposed Order of Compromise is attached as Exhibit A to the Shapiro Declaration, and a Stipulation of Settlement, signed by counsel for both parties, is attached as Exhibit B to the Shapiro Declaration.

  We respectfully request that the Court sign the Proposed Order of Compromise attached as Exhibit A to the Shapiro Declaration. Once the Court signs the Order of Compromise, the parties will execute and file a Stipulation and Order of Dismissal.

           Respectfully submitted,

           /s

           Samuel Shapiro

c. All counsel of record, *via ECF*