# Exhibit A

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

# Surrogate's Court of the State of New York
# New York County

Certificate# 36749

File#: 2011-3611

## Certificate of Appointment of Administrator

To all to whom these presents shall come or may concern,

Know Ye, That We, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on October 13, 2011 by said court, LETTERS OF ADMINISTRATION WITH LIMITATIONS on the goods, chattels and credits of John Collado Sr, deceased, late of the County of New York were granted unto the fiduciaries listed below.

**Name of Decedent:** John Collado Sr

Date of Death: September 7, 2011

Domicile: County of New York

Fiduciary Appointed: **Amarilis Altagracia Collado**

Letters Issued: LETTERS OF ADMINISTRATION WITH LIMITATIONS

Letters Issued On: October 13, 2011

**Limitations:** These letters authorize the collection only of a total of $10,000.00 dollars. Any collection above the amount must be authorized by further order of the Surrogate. These letters with respect to the cause of action are limited to the power to prosecute and confer no power to compromise the action, collect any settlement or enforce any judgement until further order of this court, or the order of any court of competent jurisdiction (EPTL 5-4.6).

and such Letters are unrevoked and in full force as of this date.

Dated: October 19, 2011
New York, New York

IN TESTIMONY WHEREOF, the seal of the New York County Surrogate's Court has been affixed.

WITNESS, Honorable Nora S Anderson, Judge of the New York County Surrogate's Court.

Diana Sanabria, Chief Clerk
New York County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the New York County Surrogate's Court and expires six months from the issue date of this certificate.*

# Surrogate's Court of the County of New York

Whereas, a decree has been entered by this court directing the issuance to you of LETTERS OF ADMINISTRATION WITH LIMITATIONS, upon your qualifying, according to law.

Now, Therefore, Know Ye that you are hereby authorized to administer the estate of said deceased subject to the jurisdiction and the supervision of this court.

**File #: 2011-3611**

Name of Decedent: **John Collado Sr**          Date of Death: 09-07-2011

Domicile: **County of New York**

Type of Letters Issued: **LETTERS OF ADMINISTRATION WITH LIMITATIONS**

Fiduciary Appointed: **Amarilis Altagracia Collado**

**Limitations: These letters authorize the collection only of a total of $10,000.00 dollars. Any collection above the amount must be authorized by further order of the Surrogate. These letters with respect to the cause of action are limited to the power to prosecute and confer no power to compromise the action, collect any settlement or enforce any judgement until further order of this court, or the order of any court of competent jurisdiction (EPTL 5-4.6).**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: October 13, 2011

IN TESTIMONY WHEREOF, the seal of the New York County Surrogate's Court has been affixed.

WITNESS, Hon Nora S Anderson, Judge of the New York County Surrogate's Court

Diana Sanabria, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the New York County Surrogate's Court*

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Courts Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of the fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.