# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

March 10, 2020

*Via ECF*

Hon. Denny Chin
United States Circuit Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Collado v. City of New York*, No. 11 Civ. 9041 (DC)

Dear Judge Chin:

      On behalf of Plaintiff Amarilis Collado, we write pursuant to the Order of Compromise issued by the Court on October 24, 2019 (Dkt. 178), to inform the Court that a petition for allocation and distribution was filed with the New York County Surrogate's Court on behalf of John Collado, Sr.'s Estate on March 9, 2020. A stamped copy of the first page of the petition (the stamp is mistakenly dated March 8, 2020) and a receipt for the filing fee are attached.

      We thank the Court for its assistance.

      Respectfully submitted,

      /s

      Samuel Shapiro

Enclosure

c.    All Counsel of Record, *via ECF*

SURROGATE'S COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

In the Matter of the Application of Amarilis Altagracia Collado as Administratrix of the Goods, Chattels and Credits which were of

JOHN COLLADO SR.

deceased,

For the allocation and distribution of wrongful death and conscious pain and suffering proceeds and for a judicial settlement of an account of the proceedings as such Administratrix.

PETITION

File No. 2011-361



TO THE SURROGATE'S COURT, COUNTY OF NEW YORK

It is respectfully alleged:

1. Petitioner, Amarilis Altagracia Collado (hereafter, "Amarilis A. Collado" or "Petitioner"), is the surviving spouse of John Collado Sr. (the "Decedent"). Petitioner presently resides at 497 MacArthur Drive, Port Charlotte, FL 33954.

2. The Decedent died on September 7, 2011, a citizen of the United States and a resident of 17 Post Avenue, Apt. 1E, New York, NY 10034.

3. On October 13, 2011, Letters of Administration of the Goods, Chattels and Credits for the Estate of John Collado Sr. (the "Estate") were issued to the Petitioner by the Surrogate's Court of New York County. (A copy of the Letters of Administration and Death Certificate are attached as Exhibit A.) Said letters were of limited authority and restrained your Administratrix from compromising or collecting upon said claim for wrongful death until further order of court. To date, said letters have not been revoked and are presently in full force and effect. No bond was required of your Administratrix to cover any probable amount to be realized from said action.

4. At the time of his death, the Decedent was 43 years of age, having been born on March 25, 1968, and was the father of six children.

5. The Decedent was unemployed and was on disability. He had been on disability since approximately 2007 due to broken discs in his back. Prior to that time, he had worked as a bellhop.

State of New York
New York County Surrogate's Court
31 Chambers Street
New York, NY 10007
(646)386-5000

Receipt# 316322
March 9, 2020 02:35 PM

RE: FileName - John Collado Sr
File # 2011-3611

### *** FEES OWED ***

File# 2011-3611

| | |
|---|---|
| 1 Increased Fee - Changed Estate Value | $580.00 |

File# 2011-3611/A

| | |
|---|---|
| 1 Compromise Of A Cause Of Action (Not Wrongful De | $1,250.00 |

### *** PAYMENTS ***

| | |
|---|---|
| Check# 9969 | $1,830.00 |

### *** TOTALS ***

| | |
|---|---|
| Total Due | $1,830.00 |
| Total Tendered | 1,830.00 |

Received of: Engel & Davis Llp
Comment:
Operator cdiomede